1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: marc.kalagian@rksslaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: MRobles@shookandstone.com

10
   Attorneys for Plaintiff Sodavy Siv
11

12
                **UNITED STATES DISTRICT COURT**
13
                     **DISTRICT OF NEVADA**
14

15

16  SODAVY SIV,                          ) Case No.:   2:23-cv-00940-VCF
                                         )
17                                       ) STIPULATION TO EXTEND TIME
                 Plaintiff,              ) OF TIME TO FILE REPLY BRIEF;
18                                       ) AND [PROPOSED] ORDER
         vs.                             )
19                                       ) (FIRST REQUEST)
    KILOLO KIJAKAZI,                     )
20  Acting Commissioner of Social        )
    Security,                            )
21                                       )
                 Defendant.              )
22  _____)

23
         Plaintiff Sodavy Siv and Kilolo Kijakazi, Acting Commissioner of Social
24
    Security, through their undersigned attorneys, stipulate, subject to this court's
25
    approval, to extend the time from October 20, 2023 to November 20, 2023, for
26

                                        -1-

1  Plaintiff to file his Reply Brief. This is Plaintiff's first request for an extension.

2  This request is made at the request of Plaintiff's counsel to allow additional time to

3  fully research the issues presented.

4  DATE: October 12, 2023          Respectfully submitted,

5                                  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

6                                       /s/ *Marc V. Kalagian*
                             BY: _____
7                                   Marc V. Kalagian
                                    Attorney for plaintiff Sodavy Siv
8

9  DATE: October 12, 2023          JASON M. FRIERSON
                                   United States Attorney
10

11

12                                     /s/ *Jeffrey E. Staples*

13                           BY: _____

14                                  Jeffrey E. Staples
                                    Special Assistant United States Attorney
15                                  |*authorized by e-mail|

16                                          **ORDER**

17  IT IS SO ORDERED.

18  DATED: 10-13-2023            _____

19                                  THE HONORABLE CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 2:23-CV-00940-VCF

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 12, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____