# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sodavy Siv,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Kilolo Kijakazi,<br><br>　　　　　Defendant(s). | 2:23-cv-00940-MDC<br>**Order** |

I ORDER that the parties' *Stipulation For The Award And Payment Of Attorney Fees And Expenses* (ECF No. 17) is DENIED WITHOUT PREJUDICE TO REFILE. The parties shall refile a new stipulation with the correct case caption (2:23-cv-00940-MDC) and set for my signature.

I FURTHER ORDER that the parties shall refile the corrected stipulation by Thursday, February 15, 2024.

DATED this 16th day of January 2024.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge